# Third District Court of Appeal
## State of Florida

Opinion filed April 27, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1916
Lower Tribunal No. F07-11754
_____

**Alexander L. Green,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.315(a) from the Circuit Court  for Miami-Dade County, Teresa Mary Pooler, Judge.

Alexander L. Green, in proper person.

Ashley Moody, Attorney General, for appellee.

Before LINDSEY, HENDON, and LOBREE, JJ.

PER CURIAM.

Affirmed.